THE STATE EX REL. COTTON, APPELLANT, *v.* RUSSO, JUDGE, APPELLEE.

[Cite as *State ex rel. Cotton v. Russo,* 125
Ohio St.3d 449, 2010-Ohio-2111.]

(No. 2010–0108—Submitted May 12, 2010—Decided May 19, 2010.)

———

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals denying the claim of appellant, Milton Cotton, for a writ of mandamus or procedendo to compel appellee, Cuyahoga County Court of Common Pleas Judge John Russo, to issue a new sentencing entry in Cotton's criminal case to comply with Crim.R. 32(C). Cotton's sentencing entry fully complied with Crim.R. 32(C), as specified in *State v. Baker,* 119 Ohio St.3d 197, 2008-Ohio-3330, 893 N.E.2d 163, syllabus. See also *State ex rel. Agosto v. Cuyahoga Cty. Court of Common Pleas,* 119 Ohio St.3d 366, 2008-Ohio-4607, 894 N.E.2d 314, ¶ 10. And insofar as Cotton attempted to raise claims of sentencing error, he had an adequate remedy by appeal to raise

———

1. We deny Hazel's motion to strike Judge Bender's brief.

them. *Smith v. Smith*, 123 Ohio St.3d 145, 2009-Ohio-4691, 914 N.E.2d 1036, ¶ 1. Finally, neither res judicata nor the law of the case precluded the court of appeals' denial of the writs.

Judgment affirmed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

———

Milton Cotton, pro se.

William D. Mason, Cuyahoga County Prosecuting Attorney, and James E. Moss, Assistant Prosecuting Attorney, for appellee.